CLOSED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**LORRAINE LEUENG,**   :

  Plaintiff(s),   :   Civil Action No. 06-543(DMC)

  v.   :

**EISAI INC., et al.**   :

  :   O R D E R

  Defendant(s),   :

It has been reported to the Court that the above-captioned matter has been settled,

It is on this 26TH day of June, 2006,

ORDERED that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.

/S/DENNIS M. CAVANAUGH
DENNIS M. CAVANAUGH
United States District Judge

Original: Clerk
  cc: Hon. Mark Falk, U.S.M.J.
    File